**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**STEVEN RAY MORGAN,**

**Plaintiff,**

**vs.** **1:26-CV-1276 (MAD/ML)**

**SCHENECTADY COUNTY SHERIFF'S OFFICE, *et al.*,**

**Defendants.**

---

**APPEARANCES:** **OF COUNSEL:**

**SAKIAH JEF'REE COLLINS**
Albany, New York
Plaintiff, *pro se*

**Mae A. D'Agostino, U.S. District Judge:**

**ORDER**

On June 22, 2026, *pro se* Plaintiff Steven Ray Morgan filed a complaint against the Schenectady County Sheriff's Office, the Department of Social Services, and an Unknown Female for an alleged assault that occurred on June 21, 2023, at the Schenectady County Department of Social Services. *See* Dkt. No. 1. Plaintiff also filed a motion to proceed *in forma pauperis* ("IFP"). *See* Dkt. No. 2. On September 22, 2026, Magistrate Judge Miroslav Lovric issued an Order and Report-Recommendation granting Plaintiff's IFP motion and recommending that the Court dismiss the complaint with leave to amend. *See* Dkt. No. 5. The deadline for Plaintiff to file objections to the Report-Recommendation and Order was October 6, 2026. Plaintiff has not filed any objections.[1]

---

[1] On October 2, 2026, Plaintiff filed a letter seeking to amend his complaint. *See* Dkt. No. 6. Magistrate Judge Lovric denied that request without prejudice. *See* Dkt. No. 7.

When a party declines to file objections to a magistrate judge's report-recommendation, the district court reviews the recommendations for clear error. *See Hamilton v. Colvin*, 8 F. Supp. 3d 232, 236 (N.D.N.Y. 2013); *see also Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 359 (2d Cir. 2025). After the appropriate review, "the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). With no objections before the Court, it will review the Report-Recommendation and Order for clear error.

Magistrate Judge Lovric recommended dismissing Plaintiff's complaint because it was filed one day beyond the three-year statute of limitations period for claims brought under 42 U.S.C. § 1983. *See* Dkt. No. 5 at 5. Magistrate Judge Lovric stated, "Plaintiff's Complaint is clear that the alleged constitutional claims are premised on conduct that took place on June 21, 2023." *Id.* He then explained that "Plaintiff did not file the Complaint . . . in this action until June 22, 2026, which was one day after the three-year limitations period expired." *Id.* (footnote omitted).

The statute of limitations for § 1983 claims is three years; therefore, Plaintiff's complaint needed to be filed on June 21, 2023. However, Federal Rule of Civil Procedure 6 states that "[w]hen the period is stated in days or a longer unit of time[,] . . . include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." FED. R. CIV. P. 6(a)(1)(C). As Plaintiff states in his letter, June 21, 2026, was a Sunday. *See* Dkt. No. 6 at 1. Therefore, he was required to file a complaint by the end of the day on June 22, 2026. He did so. *See* Dkt. No. 1. Plaintiff's complaint was timely filed. *See Kelly v. Kelly*, No. 1:21-CV-175, 2022 WL 833326, *2 (N.D.N.Y. Mar. 21, 2022); *Braswell v. Cmty. Sols., Inc.*, No. 3:11-CV-01043,

2014 WL 4749074, *3 (D. Conn. Sept. 23, 2014); *Merritt v. Hicks*, No. 9:23-CV-1465, 2025 WL 3897749, at *4 n.4 (N.D.N.Y. Dec. 12, 2025), *R. & R. adopted sub nom. Merritt v. Wolf*, 2026 WL 36556 (N.D.N.Y. Jan. 6, 2026).

Accordingly, the Court hereby

**ORDERS** that Magistrate Judge Lovric's Order and Report-Recommendation (Dkt. No. 5) is **REJECTED** for the reasons set forth herein; and the Court further

**ORDERS** that Plaintiff's complaint (Dkt. No. 1) is referred to Magistrate Judge Lovric for review pursuant to 28 U.S.C. § 1915; and the Court further

**ORDERS** that the Clerk of the Court serve a copy of this Order upon Plaintiff in accordance with Local Rules.

**IT IS SO ORDERED.**

Dated: October 16, 2026
Albany, New York

Mae A. D'Agostino
U.S. District Judge